JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADDER JOEL SANCHEZ PAVON,<br>Petitioner,<br>v.<br>FERETI SEMAIA, ET AL,<br>Respondent. | Case No. 5:26-cv-04767-MAR<br><br>JUDGMENT |

Pursuant to the Memorandum Decision and Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release **YADDER JOEL SANCHEZ PAVON (A# 246-557-943) ("Petitioner")** from custody without an ankle monitor and subject to only to conditions that were in place prior to his June 19, 2026 detention, if any. Respondents shall return any confiscated property and documents to Petitioner upon release including his Employment Authorization Document, Social Security card, driver's license, Nicaraguan passport, and cellular telephone. Respondents shall not redetain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before a neutral decisionmaker at which the Government bears the burden of proof to show by clear and convincing evidence that there has been a material change in circumstances such that Petitioner is a flight

risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Dated: September 16, 2026

MARGO A. ROCCONI
United States Magistrate Judge